

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 8:15 -PO- 17 (GLF) |
| | ) | |
| v. | ) | Information |
| | ) | |
| DARDAN ISUFI, | ) | Violation:   8 U.S.C. § 1325(a)(1) |
| | ) | [Entry Without Inspection] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| Defendant. | ) | County of Offense:   Clinton |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1
[Entry Without Inspection]

On or about February 21, 2015, in Clinton County in the Northern District of New York, the defendant, **DARDAN ISUFI**, an alien, entered the United States at a time and place other than as designated by immigration officers, that is, he entered the United States from Canada, at a point near Rouses Point, New York, in violation of Title 8, United States Code, Section 1325(a)(1).

Dated: 2/25/15

RICHARD S. HARTUNIAN
United States Attorney

By: _____
Edward P. Grogan
Assistant United States Attorney
Bar Roll No. 506388